# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 9, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161910(41)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

In re JONES/THOMPSON, Minors.

SC: 161910
COA: 351612
Muskegon CC Family Division:
11-041112-NA

_____/

On order of the Chief Justice, the motion of Owen Schroeder to file a brief amicus curiae is GRANTED. The amicus brief submitted on October 6, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 9, 2020



Clerk